ELVIRA DI PETRILLO, PETITIONER-RESPONDENT, v. BOROUGH OF LEONIA, RESPONDENT-PETITIONER.

*Messrs. Emory, Langan, Lamb & Blake* and *Mr. Paul B. Thompson* for the petitioner.

*Mr. John J. Sullivan, Jr.,* and *Mr. Herman M. Wilson* for the respondent.

January 18, 1960.   Denied.

IN THE MATTER OF THE APPEAL OF HAROLD COHEN.

*Messrs. Edelstein & Edelstein* for the petitioner.

*Mr. Ascenzio R. Albarelli* for the respondent.

January 18, 1960.   Denied.